United States District Court - Southern District of New York

---

B/E AEROSPACE, INC.,  ) Index No.: 1:11-cv-08569
) 
) 
) 
) 
Petitioner, ) **AFFIDAVIT OF SERVICE**
v. ) 
JET AVIATION ST. LOUIS, INC F/K/A MIDCOAST AVIATION )
) 
) 
Respondent. )

---

STATE OF MISSOURI: COUNTY OF ST. LOUIS      ss:

I, Mark Rauss, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of MISSOURI.   That on DECEMBER 02, 2011 at 10:47 AM at C/O THE CORPORATION COMPANY, 120 SOUTH CENTRAL AVENUE, CLAYTON, MO 63105, deponent served the within **Notice of Petition for Judgment Vacating Final Arbitration Award, Petition for Judgment Vacation Final Arbitration Award, Electronic Case Filing Rules & Instructions, and Corrected Petition for Judgment Vacation Final Arbitration Award, Petitioner's Memorandum of Law in Support of its Petition for Judgment Vacation Final Arbitration Award, Declaration of Paul S. Hessler** on JET AVIATION ST. LOUIS, INC F/K/A MIDCOAST AVIATION, therein named.

CORPORATION/BUSINESS:   by delivering thereat a true copy of each to MEGHAN SAFFELL personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the CORPORATE OPS MANAGER/AUTHORIZED AGENT thereof.

DESCRIPTION:   Deponent further states that the description of the person actually served is as follows:
Gender: Female     Race/Skin: White     Hair: Brown     Glasses: No     Age: 35     Weight: 165

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_Mark Rauss_

Subscribed and sworn to before me, a notary public, on this  5th  day of  December , 2011.
_Notary Public_          My Commission Expires:

---

MORGAN D. TENNELL
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: Mar. 17, 2015
11160275