UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B/E AEROSPACE, INC.,

    Petitioner,

v.

JET AVIATION ST. LOUIS, INC. F/K/A
MIDCOAST AVIATION, INC.,

    Respondent.

No. 11 Civ. 8569 (SAS)

## [PROPOSED] ORDER SETTING BRIEFING SCHEDULE

Before the Court is Respondent Jet Aviation St. Louis Inc.'s ("Jet Aviation") consented-to request to set a coordinated briefing schedule on Petitioner B/E Aerospace, Inc.'s ("B/E") Petition to Vacate Final Arbitration Award and Jet Aviation's proposed cross-motion to confirm the Final Arbitration Award. Based on the reasons provided, the Court Orders that Jet Aviation's cross-motion and opposition to B/E's petition shall be filed on or before January 13, 2012; B/E's reply, in any, in support of its petition and in opposition to Jet Aviation's cross-motion shall be filed on or before February 13, 2012; and Jet Aviation's reply, if any, in support of its cross-motion shall be filed on or before February 20, 2012.

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

12/20/11

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11*