AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| B/E Aerospace, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:11-cv-08569-SAS |
| Jet Aviation St. Louis, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jet Aviation St. Louis, Inc.

Date:  01/13/2012

/s/ Joseph J. McFadden
*Attorney's signature*

Joseph J. McFadden JM1012
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022

*Address*

jmcfadden@jenner.com
*E-mail address*

(212) 891-1658
*Telephone number*

(212) 909-0826
*FAX number*