```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
B/E AEROSPACE, INC,                          :

                Plaintiff,                :

               v.                                 :

JET AVIATION ST. LOUIS, INC. F/K/A           :
MIDCOAST AVIATION, INC.
                                           :

                Defendant.
-------------------------------------------------------------X

Case No.: 11 CIV 8569

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

        Upon the motion of Joseph J. McFadden, attorney for Jet Aviation St. Louis, Inc., in support of the admission of Michael A. Doornweerd, pro hac vice;

**IT IS HEREBY ORDERED** that

        Michael A. Doornweerd
        Jenner & Block LLP
        353 North Clark Street
        Chicago, IL 60654
        312-923-2631
        mdoornweerd@jenner.com

is admitted to practice pro hac vice as counsel for Jet Aviation St. Louis, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/13/12
New York, NY

                                                                                        United States District Judge