CERTIFICATE OF SERVICE

I, Paul S. Hessler, a partner with the law firm of Linklaters LLP, hereby certify and declare that on this 13th day of February 2012, a true and correct copy of the foregoing PETITIONER'S CONSOLIDATED REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS PETITION FOR JUDGMENT VACATING FINAL ARBITRATION AWARD AND OPPOSITION TO CROSS-PETITIONER'S MOTION TO CONFIRM FINAL ARBITRATION AWARD was served upon all counsel of record in *B/E Aerospace, Inc. v. Jet Aviation St. Louis, Inc. f/k/a Midcoast Aviation, Inc.*, 11 Civ. 8569 (SAS), via the Court's Electronic Case Filing System.

/s/ Paul S. Hessler
Paul S. Hessler