USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
B/E AEROSPACE, INC.,

                Petitioner and
                Cross-Respondent,

        -against-

JET AVIATION ST. LOUIE, INC. F/K/A
MIDCOAST AVIATION, INC.,
                Respondent and
                Cross-Petitioner.
-----------------------------------------------------------X

11 **CIVIL** 8569 (SAS)

**JUDGMENT**

B/E Aerospace, Inc. ("B/E") having petitioned the Court to vacate a final award entered in favor of Jet Aviation St. Louis, Inc. F/K/A Midcoast Aviation, Inc. ("Midcoast") in an arbitration proceeding between the two parties; Midcoast having cross-petitioned to confirm the arbitration award, and the matter having been brought before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on May 3, 2012, having issued its Opinion and Order denying B/E's petition to vacate the arbitration award, and granting Midcoast's cross-petition to confirm the award, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 3, 2012, B/E's petition to vacate the arbitration award is denied and Midcoast's cross-petition to confirm the award is granted; accordingly, the case is closed.

Dated: New York, New York
       May 7, 2012

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                      **BY:**

                                            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____